# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Stanley Kinta Scott | ) | Case No:  7:07-CR-55-1F |
| | ) | USM No:  25738-056 |
| Date of Original Judgment:        07/09/2008 | ) | |
| Date of Previous Amended Judgment: | ) | Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  222                                  months **is reduced to**  129 months

This term consists of 69 months on Count 1 and a term of 60 months on Count 2, to be served consecutively.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 9, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  _____5 / 24 / 12_____          _____James C. Fox_____
                                                                                                *Judge's signature*

Effective Date:  _____          James C. Fox, Senior U.S. District Judge
                    *(if different from order date)*                                        *Printed name and title*